IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-po-07002-MEH

UNITED STATES OF AMERICA,

     Plaintiff,

v.

SHERRY DEANNE BOOKER,

     Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 28, 2012**.

     Defendant's Unopposed Motion to Vacate and Reset for Change of Plea Date [filed February 27, 2012; docket #17] is **granted**. The motion hearing scheduled for February 28, 2012 is **vacated**. The Clerk of the Court is directed to schedule a Change of Plea hearing in this matter on March 7, 2012 on the petty docket.